# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

**FILED** JUL 31 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

IN UNITED STATES: ☒ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: US v.s. INGERSOLL

FOR: NDIL
AT:

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

LOCATION NUMBER: JUL 31 2008 MAGISTRATE JUDGE SUSAN E. COX UNITED STATES DISTRICT COURT

DOCKET NUMBERS
Magistrate:
District Court: 08CR612-1
Court of Appeals:

**PERSON REPRESENTED** (Show your full name): GREG INGERSOLL

**CHARGE/OFFENSE**: 18 USC §641  ☒ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self-Employed
- Name and address of employer: Mielke Const. P.O. 1055 Williams Bay, WI 5319_
- IF YES, how much do you earn per month? $ 7,500
- IF NO, give month and year of last employment. How much did you earn per month? $ ___
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ 450
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
- RECEIVED: 1800  SOURCES: Self employment

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, state total amount $ 200.00

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT

| VALUE | DESCRIPTION |
|---|---|
| $ 160,000 | House |
| 0 | Car |
| 500 | Car |
| 500 | Car |

### DEPENDENTS
- MARITAL STATUS: ☒ MARRIED (SINGLE / WIDOWED / SEPARATED OR DIVORCED)
- Total No. of Dependents: 4

### OBLIGATIONS & DEBTS

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | MISC. APPROX | $ | $ 8,000 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 7/31/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): [signature]