Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHW

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 612 - all | **DATE** | 8/27/2008 |
| **CASE TITLE** | USA vs. Greg Ingersoll, et al | | |

**DOCKET ENTRY TEXT**

Governments Unopposed First Motion [13] for an Extension of Time to Return Indictment or Information Pursuant to 18 U.S.C. § 3161(h) is Granted to and including 9/26/2008.   ENTER ORDER

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|

U.S. DISTRICT COURT
CLERK'S OFFICE
2008 AUG 27 PM 6:39
FILED-